IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 6:07CR82 |
| § | JUDGE DAVIS |
| MAI MINOIE HERNANDEZ (13) § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

Violation: Title 18, United States Code, § 4
(Misprision)

On or about September 2, 2007, in the Eastern District of Texas, MAI MINOIE HERNANDEZ, Defendant herein, having knowledge of the actual commission of a felony offense in violation of the laws of the United States, that is, possession with intent to distribute methamphetamine, did fail to as soon as possible make known the commission of said felony offense to a judge or other person in civil or military authority under the United States by attempting to conceal the methamphetamine to secret the drug from law enforcement officers, all in violation of Title 18, United States Code, Section 4.

Date: 1-9-7

JOHN L. RATCLIFFE
UNITED STATES ATTORNEY

RICHARD L. MOORE
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
903-590-1400
Bar Card No. 14366700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:07CR82 |
| | § | JUDGE DAVIS |
| MAI MINOIE HERNANDEZ (13) | § | |

NOTICE OF PENALTY

COUNT 1

Violation: Title 18, United States Code, Section 4 (Misprision)

Penalty: A term of imprisonment of not more than three (3) years; a fine of not more than $250,000; a term of supervised release of not more than one (1) year.

Special Assessment: $100.00